IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY BERNARD BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-CV-447 (MTT) |
| ) | |
| CLINTON PERRY and ) | |
| SUSAN KAPLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 7). The Magistrate Judge conducted a review of the Plaintiff's complaint, as required by 28 U.S.C. § 1915A. The Magistrate Judge recommends dismissing the case against Defendant Clinton Perry, Jr. because the Plaintiff failed to state any cognizable claims upon which relief can be granted with regard to Defendant Perry. The Plaintiff did not file an Objection.

The Court has reviewed the Recommendation. The Court accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge in the Recommendation. Accordingly, all claims against Defendant Clinton Perry, Jr. are dismissed.

**SO ORDERED**, this the 27th day of February, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT