**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **ANTHONY BERNARD BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:11-CV-447(MTT)** |
| ) | |
| **SUSAN E. KAPLAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 19).  The Magistrate Judge recommends granting the Defendant's Motion to Dismiss because the Plaintiff failed to exhaust his administrative remedies as required under 42 U.S.C. § 1997e(a).  (Doc. 13).  The Plaintiff did not file an objection to the Recommendation.  The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court.  The Defendant's Motion to Dismiss is **GRANTED**, and this action is **dismissed**.

**SO ORDERED,** this 6th day of July, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT